Order denying motion to vacate judgment reversed, with costs and disbursements, and motion granted with ten dollars costs. Opinion by Dykman, J.

Theodore G. Clarkson, Respondent, v. Francis G. Dunning, Appellant. — Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.; Dykman, J., not sitting.

John W. Foulks, Respondent, v. Jefferson H. White, Appellant.—Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Matter of Probate of Will of John J. Wilmurt, Deceased. —Decree admitting will to probate affirmed, with costs. Opinion by Dykman, J.

The People of the State of New York *ex rel.* Cornelia Johnson, Respondent, v. Elbert Hegeman, as County Treasurer, Appellant — Order granting writ of *mandamus* reversed, with fifty dollars costs. Opinion by Barnard, P. J.

William H. Strong, Appellant, v. Annie M. Morel, Respondent.—Judgment affirmed, with costs. Opinion by Barnard, P. J., and Pratt, J.; Dykman, J., dissenting.

Benjamin F. Hobby and others, Respondents, v. Edward P. Day, Appellant, Impleaded, etc.— Judgment affirmed, with costs. Opinion by Dykman, J.

Silas D. Gifford, Receiver, etc., Respondent, v. Michael A. Corrigan, Executor, etc., Appellant —Judgment affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., dissenting.

John D. Walsh, Appellant, v. William C. Brown, Assignee, etc., Respondent. — Judgment affirmed, with costs. Opinion by Dykman, J.

P. Elbert Nostrand, Appellant, v. Mary T Knight and others, Respondents. — Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.

Cyrus Cleveland and others, Appellants, v. The City of Yonkers and others, Respondents.— Order denying injunction affirmed, with costs and disbursements. Opinion by Dykman, J.; Barnard, P. J., not sitting.

William Tumbridge, Respondent, v. Cassius H. Read and another, Appellants.—Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by Dykman, J

Constantine W. Benson, Appellant, v. Henry D. Townsend and others, Respondents.— Reargument ordered. Barnard, P. J., not sitting.

Harriet S. Rumsey and others, Appellants, v. The New York and New England Railroad Company, Respondent.— Judgment affirmed, without costs of appeal. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Eleanor T. Mitchell, Administratrix, Respondent, v. James T. Mitchell, Appellant.— Judgment reversed and judgment of justice affirmed, with costs. Opinion by Barnard, P. J.

Stephen Johnson, Respondent, v. Joshua V. Van Name, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Charles F. Schlaefer, Appellant, v. William Hieberger, Respondent. — Judgment affirmed, with costs. Opinion by Dykman, J

George H. Deller v. Staten Island Club.— Judgment reversed and new trial granted, costs to abide event. Opinion by Pratt, J.

The People of the State of New York *ex rel.*, etc., v. Board of Health, Gravesend. — Order affirmed, with costs and disbursements. Opinion by Dykman, J.

The People of the State of New York *ex rel.* The Brighton Pier and Navigation Company, Respondent, v. The Board of Assessors of the Town of Gravesend and others, Appellants.— Order affirmed, with costs and disbursements. Opinion by Dykman, J.

Matter of Petition of Union Elevated Railroad Company of Brooklyn to Acquire Title to Real Estate of Jacob Levy and Joseph Weil in said City.— Order affirmed, with costs. Opinion by Pratt, J.

Tyler McNaier, Respondent, v. The Manhattan Railway Company, Appellant.—Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Adolph Tode v. Lena Gross.—Judgment affirmed, with costs. Opinion by Barnard, P. J.

Matter of Acquisition by New York and Massachusetts Railway Company of Lands of John R. Lent and others.— Order confirming award of commissioners affirmed, with costs. Opinion by Dykman, J. Barnard, P. J., not sitting.

Augustus W. Vallez v. Brooklyn City Railroad Company.— Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Thomas H. Story, Executor, etc., Appellant, v. United Life and Accidental Insurance Association, Respondent.— Judgment affirmed, with costs Opinion by Barnard, P. J.

John H. Dixon, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.—Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Wallace Mayo, Appellant, v. Sallie M. Davidge and another, Respondents. — Judgment affirmed, with costs. Opinion by Dykman, J ; Barnard, P. J., not sitting.

Aaron P. Bates, v. The Lidgerwood Company — Judgment affirmed, with costs. Opinions by Barnard, P. J., and Pratt, J.

Theodore Clarkson, Appellant, v. Francis C. Dunning, Respondent. — Order directing the return of the $12,000 deposit affirmed, with costs and disbursements. Opinion by Barnard, P. J.

David F. Butcher v. Samuel S. Hepworth.— Judgment affirmed, with costs.

Dennis R. Shiel v. McMaster Muir.—Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Chester D. Flint v. Samuel J. Knight.—Appeal dismissed and judgment affirmed, with costs, for non-submission according to stipulation.

The Pocontico Water-Works Co. v. Seth Bird and others —Judgment affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Matter of Extension of Ashburton Sewer, Yonkers.—Order affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Warren H. Lewis v. The Ocean Pier Company.— Judgment reversed and new trial granted, costs to abide event. Opinion by Dykman, J.

David F. Bayles and others, Commissioners, v. Scudder Jayne.—Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

In the Matter of John H. Post.—Ordered, that it be referred to Seaman Miller to take proof and report the facts with the testimony in relation to the petition and answer.

E. Merrit Colyer v. George B. Colyer.—Motion denied, with ten dollars costs.

Peter Gillen, as Administrator, etc., Appellant, v. The Tucker & Carter Cordage Company, Respondent. — Judgment affirmed, with costs. Opinion by Cullen, J.